STEPHANIE O. SPARKS – BAR NO. 218438
sos@hogefenton.com
SHELLA DEEN – BAR NO. 149735
sd@hogefenton.com
JUSTINE M. CANNON – BAR NO. 254176
jmc@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax:  (408) 287-2583

Attorneys for Plaintiff
DPIX LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DPIX LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>  vs.<br><br>YIELDBOOST TECH, INC., a California corporation, and KYO YOUNG CHUNG, an individual,<br><br>    Defendants. | No. 5:14-CV-05382-NC<br><br>ORDER EXTENDING OF ALL CASE DEADLINES |

Presently before the Court is plaintiff dpiX LLC's Stipulated Request for 60-Day Extension of All Case Deadlines.  Having considered the Stipulated Request, and good cause appearing therefore, the Court hereby GRANTS the Stipulated Request.

   1.   Defendants Yieldboost Tech Inc. and Kyo Young Chung's deadline to file an answer or other response to dpiX's Complaint shall be extended to Monday, **April 20, 2015**;

   2.   The deadline to (1) meet and confer re: initial disclosures, early settlement ADR process selection and discovery plan; (2) file signed ADR certification; and (3) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be extended to Monday **April 6, 2015**;

-2-

1      3.      The deadline to (1) file Rule 26(f) report; (2) complete initial disclosures or state objection in Rule 26(f) report; and (3) file Case Management Statement per Standing Order re: Contents of Joint Case Management Statement shall be extended to **April 20, 2015**; and

4.      The Initial Case Management Conference shall be extended to **April 29, 2015** in Courtroom 7, 4th Floor, San Jose.

No other dates shall be effected by this Order.

**IT IS SO ORDERED.**

DATED: February 4, 2015



_____
NATHANAEL M. COUSINS
U.S. MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA