UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DPIX LLC,

                Plaintiff(s),

                v.

YIELDBOOST TECH, INC.,
and KYO YOUNG CHUNG

                Defendant(s).
_____/

CASE NO. 3:14-CV-05382-JST

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    ☐    Non-binding Arbitration (ADR L.R. 4)
    ☐    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    ☐    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ☒    Private ADR *(please identify process and provider)* Mediation with private mediator to be determined.

The parties agree to hold the ADR session by:
    ☐    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ☒    other requested deadline 150 Days from date of ADR Order.

Dated: April 6, 2015                             /s/Shella Deen
                                                         Attorney for Plaintiff

Dated: April 6, 2015                             /s/Kalpana Srinivasan
                                                       Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

~~[PROPOSED]~~ ORDER

    ☒ X    The parties' stipulation is adopted and IT IS SO ORDERED.
    ☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: April 6, 2015



IT IS SO ORDERED
Judge Jon S. Tigar

---

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11