STEPHANIE O. SPARKS – BAR NO. 218438
sos@hogefenton.com
SHELLA DEEN – BAR NO. 149735
sd@hogefenton.com
JUSTINE M. CANNON – BAR NO. 254176
jmc@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California  95113-2396
Phone: (408) 287-9501
Fax:  (408) 287-2583

Attorneys for Plaintiff
DPIX LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DPIX LLC, a Delaware limited liability company,<br><br>     Plaintiff,<br><br>  vs.<br><br>YIELDBOOST TECH, INC., a California corporation, and KYO YOUNG CHUNG, an individual,<br><br>     Defendants. | No. 3:14-CV-05382-JST<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO FILE AMENDED COMPLAINT<br><br>(Civil L.R. 6-2) |

The Court having reviewed the parties' Stipulated Request to File Amended Complaint filed herein on June 1, 2015, and good cause appearing therefor:

IT IS HEREBY ORDERED that Plaintiff DPIX LLC is granted leave to file its Amended Complaint out of time, and Plaintiff's Amended Complaint filed on May 14, 2015 (Dkt. 39) shall be deemed filed as of the date of this Order.

IT IS FURTHER ORDERED that Defendants' shall have fourteen (14) days from the date of this Order to file an Amended Answer and Counterclaims to the Amended Complaint.

IT IS FURTHER ORDERED that Plaintiff is granted leave to file a second amended complaint either this Wednesday, June 3, 2015, or the day following the Court's order granting leave to file an amended complaint, following the parties' efforts to meet and confer on Defendants' objections, and if Plaintiff so files, then Defendants shall have a further fourteen (14) days thereafter in which to file their answer and counterclaims thereto.

IT IS FURTHER ORDERED that the parties' stipulation shall be without prejudice to, and without a waiver of, Defendants' right to challenge the adequacy of Plaintiff's Amended Complaint.

IT IS SO ORDERED.

DATED: June 2, 2015



_____
HON.
JUDGE
NORTHERN DISTRICT OF CALIFORNIA