UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DPIX LLC,

        Plaintiff,

    v.

YIELDBOOST TECH, INC., et al.,

        Defendants.

Case No. 14-cv-05382-JST

**ORDER VACATING HEARING**

Re: ECF No. 52

Before the Court is Plaintiff dpiX LLC's motion for leave to file a second amended complaint. ECF No. 52. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for August 6, 2015, is hereby VACATED.

If, however, any party advises the Court in writing by no later than two days from the date of this Order that most or all of the argument for its side will be conducted by a lawyer who has been licensed to practice law for five or fewer years, and who has not previously presented argument before this Court, then the Court will reschedule the hearing at a time that is convenient to all parties in order to provide that opportunity. Counsel shall confer with each other, and the party requesting the rescheduling of the hearing shall identify the upcoming available dates on the Court's calendar at which all counsel are available for the hearing.

IT IS SO ORDERED.

Dated: July 30, 2015

                                  JON S. TIGAR
                         United States District Judge