UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DPIX LLC,

              Plaintiff(s),

     v.

YIELDBOOST TECH, INC.,
and KYO YOUNG CHUNG

              Defendant(s).
_____/

CASE NO. 14-CV-05382-JST

FURTHER STIPULATION AND [PROPOSED] ORDER REGARDING ADR PROCESS

     Counsel report that they have met and conferred regarding ADR and have reached the following further stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        ☐    Non-binding Arbitration (ADR L.R. 4)
        ☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
        ☐    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
        ☒    Private ADR (*please identify process and provider*) <u>Mediation with private mediator to be determined.</u>

The parties agree to hold the ADR session by:
        ☐    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

        ☒    other requested deadline <u>60 days from date of ADR Order.</u>

Dated:  <u>September 3, 2015</u>                    /s/Stephanie O. Sparks
                                                           Attorney for Plaintiff

Dated:  <u>September 3, 2015</u>                    /s/Matthew Prebeg
                                                           Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

☒  The parties' stipulation is adopted and IT IS SO ORDERED.
☐  The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:   September 4, 2015



When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

CONTINUE TO FOLLOWING PAGE

## ATTESTATION

      I, Stephanie O. Sparks, am the ECF user whose User ID and Password are being used to file the FURTHER STIPULATION AND [PROPOSED] ORDER REGARDING ADR PROCESS.  In compliance with Civil L.R. 5.1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from signatory Matthew Prebeg.

DATED: September 3, 2015

                                          HOGE, FENTON, JONES & APPEL, INC.

                                          By   /s/Stephanie O. Sparks
                                               Stephanie O. Sparks
                                               Attorneys for Plaintiff
                                               DPIX LLC