UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DPIX LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YIELDBOOST TECH, INC., et al.,<br><br>　　　　Defendants. | Case No. 14-cv-05382-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF Nos. 75, 82 |

　　On October 26, 2015, the parties filed a Further Stipulation and Proposed Order Regarding ADR Process. ECF No. 75. The parties stated: "During scheduling of private mediation, counsel report that they further met and conferred regarding ADR and believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet the parties' needs than private mediation." Id. at 1. The parties further stated: "Magistrate Judge Paul Singh Grewal is available on November 30, 2015 and has agreed to host an early settlement conference for the parties on that date." Id. at 1–2.

　　In light of the parties' stipulation, the Court hereby vacates the hearing on Defendants' Motion to Dismiss, ECF No. 75, presently scheduled for November 16, 2015 at 2:00 p.m. Counsel are ordered to appear in person on November 16, 2015 at 2:00 p.m. to address the parties' Further Stipulation and Proposed Order Regarding ADR Process.

　　IT IS SO ORDERED.

Dated: October 29, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　United States District Judge