STEPHANIE O. SPARKS - BAR# 218438
sos@hogefenton.com
SHELLA DEEN - BAR# 149735
sd@hogefenton.com
JUSTINE M. CANNON - BAR# 254176
jmc@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax:  (408) 287-2583

Attorneys for Plaintiff and Counter-Defendant DPIX LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DPIX LLC, a Delaware limited liability company,<br><br>             Plaintiff,<br><br>  vs.<br><br>YIELDBOOST TECH, INC., a California corporation, and KYO YOUNG CHUNG, an individual,<br><br>             Defendants.<br><br>And Related Counterclaim. | No. 3:14-CV-05382-JST<br><br>FURTHER STIPULATION AND [PROPOSED] ORDER REGARDING ADR PROCESS |

On September 3, 2015, the parties filed a Further Stipulation and [Proposed] Order Regarding ADR Process (Dkt. No. 68), and this Court issued its ADR Order (Dkt. No. 69), requiring the parties to proceed to private mediation with a private mediator within 60 days from the date of said ADR Order.

During scheduling of private mediation, counsel report that they further met and conferred regarding ADR and believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet the parties' needs than private mediation.  Magistrate Judge Paul Singh Grewal is available on November 30, 2015 and has agreed to host an early settlement

conference for the parties on that date. The parties and their respective counsel hereby stipulate to proceed to early settlement conference with Magistrate Judge Grewal on November 30, 2015.

                                      Respectfully submitted,

Dated: October 26, 2015            HOGE, FENTON, JONES & APPEL, INC.

                                      /s/ *Stephanie O. Sparks*
                                      Stephanie O. Sparks (Cal. Bar No. 218438)
                                      stephanie.sparks@hogefenton.com
                                      Shella Deen
                                      Justine M. Cannon
                                      Sixty South Market Street, Suite 1400
                                      San Jose, California 95113-2396
                                      Phone: (408) 287-9501
                                      Fax: (408) 287-2583

                                      Attorneys for Plaintiff and Counter-Defendant
                                      DPIX LLC

DATED October 26, 2015          PREBEG, FAUCETT & ABBOTT PLLC

                                      /s/ Matthew J.M. Prebeg
                                      Matthew J.M. Prebeg
                                      Matthew S. Compton, Jr.
                                      Counsel for Defendant/Cross-Complainant Yieldboost
                                      Tech, Inc. and Defendant Kyo Young Chung

DATED October 26, 2015          SUSMAN GODFREY LLP

                                      /s/ Kalpana Srinivasan
                                      Kalpana Srinivasan
                                      Counsel for Defendant/Cross-Complainant Yieldboost
                                      Tech, Inc. and Defendant Kyo Young Chung

**[PROPOSED] ORDER**

X    The parties' stipulation is adopted and IT IS SO ORDERED.

___    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: Pqxgo dgt"38, 2015                                              
                                                                     The Honorable Jon S. Tigar