UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DPIX LLC,

        Plaintiff,

  v.

YIELDBOOST TECH, INC., et al.,

        Defendants.

Case No. 14-cv-05382-JST

**ORDER TO SHOW CAUSE**

Re: ECF No. 90

On November 30, 2015, Magistrate Judge Paul S. Grewal held a settlement conference at which the case settled. ECF No. 90. Since then, the parties have taken no further action.

Accordingly, the Court orders the parties to show cause why this case should not be dismissed with prejudice. A hearing on the order to show cause will take place on February 10, 2016 at 2:00 p.m. A joint statement from the parties is due by January 25, 2016. If the parties file a stipulation to dismiss the case by January 25, 2016, the Court will vacate the order to show cause.

IT IS SO ORDERED.

Dated: January 12, 2016

                                                JON S. TIGAR
                                               United States District Judge