UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DPIX LLC,

        Plaintiff,

    v.

YIELDBOOST TECH, INC., et al.,

        Defendants.

Case No. 14-cv-05382-JST

**MINUTE ORDER NOTING DISMISSAL**

Re: ECF No. 93

The parties have filed a stipulation of dismissal dated January 12, 2016. ECF No. 93. Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed prejudice. The Court shall retain jurisdiction to enforce the parties' settlement agreement. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: January 12, 2016

_____
JON S. TIGAR
United States District Judge